**Order entered August 22, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00403-CV

**PROFINITY, L.L.C., Appellant**

**V.**

**ONE TECHNOLOGIES, L.P., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03980-A**

## ORDER

We **GRANT** appellant's August 20, 2014 motion for an extension of time and for leave to file a technically amended brief. We **ORDER** the amended brief tendered to this Court by appellant on August 20, 2014 filed as of the date of this order. Appellee's brief is due thirty days from the date of this order. *See* TEX. R. APP. P. 38.6(b).

/s/    ADA BROWN
          JUSTICE